UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DALLAS D. BURHUS, | No. CV 09-02550-VBK |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: January 21, 2010

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE